UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO LAMONT MITCHELL,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:22-cv-00236-GMN-BNW<br><br>**ORDER** |

**I.　DISCUSSION**

On February 9, 2022, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before April 11, 2022.  (ECF No. 5).  On February 15, 2022, Plaintiff filed a motion for a 45-day extension of time to pay the initial filing fee because instead of seeking *in forma pauperis* status from the Court, Plaintiff intends to pay the filing fee.  (ECF No. 6).  As Plaintiff was already granted until April 11, 2022 to comply with the Court's February 9, 2022, order, and Plaintiff has already started the process to do so, the Court therefore finds good cause to extend the deadline by an additional 30 days.  Plaintiff shall either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* on or before **May 11, 2022**.  The Court notes that in his motion for extension of time, Plaintiff references the filing fee as $350.  Plaintiff is advised that the full filing fee for a civil action is $402.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for extension of time (ECF No. 6) is granted in part.

**IT IS FURTHER ORDERED** that on or before **May 11, 2022**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $402 fee for filing a civil action (which includes the $350 filing fee and the $52 administrative fee).

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **May 11, 2022**, this case will be subject to dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the the full $402 filing fee.

DATED: February 17, 2022.

_____
Brenda Weksler
United States Magistrate Judge