# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DEANGELO LAMONT MITCHELL,

          Plaintiff,

vs.

HIGH DESERT STATE PRISON, *et al.*,

          Defendants.

Case No.: 2:22-cv-00236-GMN-BNW

**ORDER**

On May 11, 2022, the Court began to hear oral argument on Plaintiff Deangelo Lamont Mitchell's ("Plaintiff's") Motion for Preliminary Injunction, (ECF No. 9). Due to time constraints with Plaintiff's video link from High Desert State Prison, oral arguments were not completed, and thus, need to be rescheduled.

Accordingly,

**IT IS HEREBY ORDERED** that the parties in this case shall appear for a hearing on Plaintiff's Motion for Preliminary Injunction IN PERSON[1] on Tuesday, May 24, 2022, at 1:00 P.M. before the Honorable Judge Gloria M. Navarro in Las Vegas Courtroom 7D. The parties should be prepared to discuss:

1. Whether a urethroplasty is a medically necessary surgery to treat Plaintiff's urethral strictures.
2. Whether the treatments that Plaintiff currently uses to manage his urethral strictures (catheter/cranberry/ibuprofen/lubrication/soap) are long term solutions, or whether

---

[1] Even though this is an in-person hearing, Plaintiff will be appearing via video link from High Desert State Prison.

they are meant to manage the symptoms of this condition while he awaits a urethroplasty.

3. The significance of the NDOC's contract, or lack therof with Dr. Hunter, and specifically, why Dr. Hunter cannot perform the urethroplasty without a contract.

4. Whether Dr. Hunter is the only urologist qualified to perform a urethroplasty in Nevada.

5. Whether, if the Court grants the Motion for Preliminary Injunction, Plaintiff can undergo a urethroplasty, or at least get a consultation, with a different doctor.

6. The obstacles that Defendants will face in scheduling a urethroplasty with a doctor other than Dr. Hunter.

**IT IS FURTHER ORDERED** that the parties shall file supplemental briefing on these issues no later than Monday, May 16, 2022.

**DATED** this __11__ day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT