UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEANGELO LAMONT MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>Defendants. | Case No. 2:22-cv-00236-GMN-BNW<br><br>**ORDER TO PRODUCE**<br>**DEANGELO LAMONT MITCHELL, #68400** |

TO:   CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NEVADA
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **DEANGELO LAMONT MITCHELL, #68400**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **DEANGELO LAMONT MITCHELL, #68400,** on or about Tuesday, May 24, 2022, at the hour of 1:00 p.m., for two hours, for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **DEANGELO LAMONT MITCHELL, #68400,** is released and discharged by the said Court; and that **DEANGELO LAMONT MITCHELL, #68400,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 12th day of May, 2022.

_____
**GLORIA M. NAVARRO**
**UNITED STATES DISTRICT JUDGE**