UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO LAMONT MITCHELL, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> HIGH DESERT STATE PRISON, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: 2:22-cv-00236-GMN-BNW <br><br> **ORDER** |

Pending before the Court is Plaintiff Deangelo Lamont Mitchell's ("Plaintiff's") Motion for Writ of Habeas Corpus ad Testificandum, (ECF No. 29), which asks the Court to order the production of inmate Thad Aubert (Inmate No. 70566) as a witness for a hearing on Plaintiff's Motion for Preliminary Injunction, (ECF No. 9). For good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Writ of Habeas Corpus ad Testificandum, (ECF No. 29), is **GRANTED**.

**DATED** this __18__ day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT