# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| Deangelo Lamont Mitchell,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Hi Desert State Prison, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00236-GMN-BNW<br><br>**REFERRAL TO PRO BONO PROGRAM** |

  This case is referred to the Pro Bono Program ("Program") adopted in the Second Amended General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Deangelo Lamont Mitchell. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

  **IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

  **IT IS FURTHER ORDERED** that the Clerk forwards this order to the Pro Bono Liaison.

  DATED this 24th day of May, 2022.

_____
Gloria M. Navarro
U.S. District Judge