# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| DEANGELO LAMONT MITCHELL,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>HIGH DESERT STATE PRISON, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:22-cv-00236-GMN-BNW<br><br>ORDER EXTENDING STAY AND DENYING PLAINTIFF'S MOTIONS FOR RELIEF<br><br>(ECF Nos. 24, 37) |

This action is a *pro se* civil-rights complaint filed under 42 U.S.C. § 1983 by a state prisoner. Plaintiff Deangelo Mitchell paid the full filing fee in this matter. (ECF No. 10). The Court entered a screening order on March 8, 2022. (ECF No. 11). The screening order imposed a 90-day stay and the Court entered a subsequent order in which the parties were assigned to mediation by a court-appointed mediator. (ECF Nos. 11, 20).

Recently, the Office of the Attorney General filed a status report indicating that settlement has not been reached and informing the Court of its intent to proceed with this action. (ECF No. 36). The Court granted in part and denied in part Plaintiff's motion for a preliminary injunction. (ECF No. 39). The Court ordered that this case be referred to the Pro Bono Program for counsel to be appointed to represent Plaintiff "for all purposes through the conclusion of trial." (ECF No. 38). And Plaintiff filed motions seeking a courtesy copy of this Court's local rules and for service of process to be completed by the U.S. Marshals Office. (ECF Nos. 24, 37).

The Court finds that good cause exists to extend the stay of this action until pro bono counsel has been appointed. If appointed, pro bono counsel should help Plaintiff navigate service and the rules of practice. Once pro bono counsel has been appointed, the Court will enter an order directing service of process to occur.

IT IS THEREFORE ORDERED that except as otherwise ordered by the Court, the stay of this action is **EXTENDED** until pro bono counsel is appointed for Plaintiff. Any

party may move to lift the stay of this action within 10 days after entry of an order appointing pro bono counsel for Plaintiff.

IT IS FURTHER ORDERED that Plaintiff's motions for a copy of the local rules and for service of process to be completed by the U.S. Marshals Office **(ECF Nos. 24, 37) are DENIED without prejudice**.

DATED: June 21, 2022.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE