UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEANGELO LAMONT MITCHELL,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br>HIGH DESERT STATE PRISON, *et al.*,<br>　　　　　　　　　　　　Defendants. | Case No. 2:22-cv-00236-GMN-BNW<br><br>ORDER DIRECTING SERVICE OF PROCESS AND LIFTING STAY |

On June 21, 2022, this Court entered an order appointing pro bono counsel to represent Plaintiff Deangelo Mitchell "for all purposes through the conclusion of the case" but not to any appeal from a final decision. (ECF No. 40 at 1). Considering this appointment, the Court now lifts the stay of this case and directs that service of process be effectuated.

IT IS THEREFORE ORDERED that under Federal Civil Procedure Rule 4(m), service must be perfected within 90 days from the date of this order.

Subject to the findings of the screening order (ECF No. 11), **within 21 days** from the date of this order, the Nevada Attorney General's Office shall file a notice advising the Court and Mitchell of: (a) the names of the defendants for whom it accepts service, (b) the names of the defendants for whom it does **not** accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. As to any of the named defendants for whom the Attorney General cannot accept service, the Attorney General shall file **under seal with service to Mitchell's counsel** the last known address(es) of those defendant(s) for whom it has such information. **Any such disclosure is for only attorney's eyes.** If the last known address of the defendant(s) is a post office box, the Attorney General shall attempt to obtain and provide the last known physical address(es).

If service cannot be accepted for any of the named defendant(s), service must be attempted in the ordinary course. Any defendant for whom the Attorney General

acceptsservice of process shall file and serve an answer or other response to the Complaint (ECF No. 12) within **60 days** from the date of this order.

Finally, this case is no longer stayed.

DATED: July 14, 2022.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE