UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO LAMONT MITCHELL,  )<br>                                                     )<br>            Plaintiff,                    )<br>   vs.                                           )<br>                                                     )<br>HIGH DESERT STATE PRISON, *et al.*,  )<br>                                                     )<br>            Defendants.              )<br>                                                     ) | Case No.: 2:22-cv-00236-GMN-BNW<br><br>**ORDER** |

The Court, having held a hearing on Plaintiff Deangelo Mitchell's ("Plaintiff's") Motions for an Order to Show Cause, (ECF No. 54), Temporary Restraining Order, (ECF No. 55), and Preliminary Injunction, (ECF No. 52), and considered the relevant filings, DENIES Plaintiff's Motion for an Order to Show Cause and GRANTS Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunction.  In accordance with the Court's ruling from the bench,

**IT IS HEREBY ORDERED** that Defendants Roland Oliver, Jeremy Bean, Ben Gutierrez, Nilo Peret, Michael Minev, and Nonilong Peret ("Defendants") must provide Plaintiff:

1. Sixty (60) Catheters (size Fourteen French) monthly or two per day at pill call
2. Sixty (60) packets of single use lubricant monthly
3. One (1) box of large sterile gloves every other month
4. A bottle of antimicrobial soap every other month
5. Phenazopyridine 200 milligram tablets; one (1) tablet three (3) times a day
6. D-Mannose 500 milligram tablets; one (1) capsule twice a day
7. Cran-Max 500 milligram tablets; one (1) capsule twice a day
8. Ibuprofen 800 milligram tablets; one (1) tablet three (3) times a day for thirty (30) days.

Refills: twelve

    9.  Biohazard bags weekly

**IT IS FURTHER ORDERED** that Defendants,[1] upon receipt of Dr. Anderson's recommendation, have thirty (30) days to comply with Dr. Anderson's medical orders.  If Defendants are unable to comply with Dr. Anderson's orders or recommendations, they must notify Plaintiff within the same thirty (30) day period, the reason why they cannot be followed.

    All the requirements contained in this Order shall remain in effect, month to month, until either this case is resolved, or this Order is expressly overruled.

**DATED** this <u> 27 </u> day of February, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court

---

[1] Based on a question posed during the hearing, the Court clarifies that in this context, the 30-day clock begins as soon as Defendants (and not their counsel) receives medical records.  Defendants shall continue their current practice of requesting medical records on the same day of the medical visit.