UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEANGELO LAMONT MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>Defendants. | Case No. 2:22-cv-00236-GMN-BNW<br><br>**ORDER TO PRODUCE<br>DEANGELO LAMONT MITCHELL, #68400** |

TO:     NETHANJAH   BREITENBACH,   WARDEN,   NORTHERN   NEVADA
CORRECTIONAL CENTER, CARSON CITY, NEVADA

UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **DEANGELO LAMONT MITCHELL, #68400,** is presently in custody of the Nevada Department of Corrections, located at Northern Nevada Correctional Center, Carson City, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Northern Nevada Correctional Center, or his designee, shall arrange for and produce **DEANGELO LAMONT MITCHELL, #68400,** on or about Wednesday, September 13, 2023, at the hour of 11:00 a.m., for two hours, for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **DEANGELO LAMONT MITCHELL, #68400,** is released and discharged by the said Court; and that **DEANGELO LAMONT MITCHELL, #68400,** shall thereafter be returned to the custody of the Warden, Northern Nevada Correctional Center, Carson City, Nevada, under safe and secure conduct.

**DATED** this 14th day of August, 2023.

_____
**GLORIA M. NAVARRO**
**UNITED STATES DISTRICT JUDGE**