PAUL J. ADRAS, ESQ.
Nevada Bar No. 8350
STEVEN M. ALTIG, ESQ.
Nevada Bar No. 6879
**Adras & Altig Attorneys at Law**
601 S. Seventh Street
Las Vegas, Nevada 89101
Phone: (702) 385-7227
Facsimile (702) 974-3677
*Pro Bono Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO LAMONT MITCHELL,<br><br>             Plaintiff,<br>vs.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>             Defendants. | **CASE NO**.: 2:22-cv-00236-GMN-DJA |

### NOTICE OF DISASSOCIATION OF COUNSEL
### AND REMOVAL FROM CM/ECF

NOTICE IS HEREBY GIVEN that this Notice of Disassociation is being submitted to inform the Court, parties and counsel that PAUL J. ADRAS, ESQ. and STEVEN M. ALTIG, ESQ. and the law firm of Adras & Altig Attorneys at Law, are no longer associated with THE VIEIRA FIRM, PLLC as counsel on this case, and further, that the email addresses of paul@adraslaw.com and steven@adraslaw.com be removed from the CM/ECF E-filing list.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, the undersigned respectfully requests that the Clerk remove PAUL J. ADRAS, ESQ. and STEVEN M. ALTIG, ESQ., and the law firm of Adras & Altig Attorneys at Law, as names as counsel for Plaintiff.

DATED: September 19, 2024.

                                            Adras & Altig Attorneys at Law

By:     /s/ *Paul J. Adras*
       PAUL J. ADRAS, ESQ.
       Nevada Bar No. 8350
       STEVEN M. ALTIG, ESQ.
       Nevada Bar No. 6879
       601 S. Seventh Street
       Las Vegas, Nevada 89101
       Phone: (702) 385-7227
       Facsimile (702) 974-3677
       *Pro Bono Attorney for Plaintiff*

**IT IS SO ORDERED**.

DATED: 9/23/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5 and LR IC 1-1, I hereby certify that I served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF** on September 19, 2024 upon all parties registered for e-service in the service list of this matter on the court's electronic filing system, or if the document is one that will not be filed electronically pursuant to LR IC 1-1(c), via U.S. Mail postage fully prepaid, addressed to each party as follows:

AARON D. FORD, ESQ.
Attorney General
VICTORIA C. COREY, ESQ.
Nevada Bar No. 16364C
CHRIS W. DAVIS, ESQ.
Nevada Bar No. 6616
LORIN M. TAYLOR, ESQ.
Nevada Bar No. 14958
OFFICE OF THE ATTORNEY GENERAL
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-9252
Facsimile:  (702) 486-3773
cwdavis@ag.nv.gov
lmtaylor@ag.nv.gov
*Attorneys for Defendants Jeremy Bean,*
*Jaymie Cabrera, Charles Daniels,*
*Ben Gutierrez, Michael Minev, M.D.*
*Ronald Oliver,  and Nonilon Peret*

　　　　　　　　　　　　　　　　/s/     Sarah Hugar
　　　　　　　　　　　　　　An Employee of Adras & Altig Attorneys at Law