# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Deangelo Lamont Mitchell, | Case No. 2:22-cv-00236-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| High Desert State Prison, et al., | |
| Defendants. | |

Before the Court is a sealed motion by attorney Andrea Vieira seeking guidance regarding the return of $15,000.00 advanced through participation in the Federal Court Pro Bono Program. ECF No. 147. She seeks to return these funds as Plaintiff has retained attorney Tony Sgro to represent him and Plaintiff no longer requires pro bono counsel and, by extension, placement in the Federal Court Pro Bono Program.

Ms. Vieira's motion is granted. Ms. Vieira must deliver within the next 21 days, in person or by mail, a check in the amount of $15,000.00 to the Court's Finance Department, to the attention of Patti Smythe-White. If Ms. Vieira has not cashed the check, she can deliver the original check so it can be voided. In turn, the Finance Department is to ensure that the Attorney Admission Fund is reimbursed this amount.

**IT IS ORDERED** that Ms. Vieira' motion at ECF No. 147 is GRANTED.

**IT IS FURTHER ORDERED** that Ms. Vieira return funds in the amount of $15,000.00 to the Court as stated above.

**IT IS FURTHER ORDERED** that this case is no longer placed in the Federal Court Pro Bono Program and that Ms. Vieira is no longer to serve as pro bono counsel in this case.

**THE CLERK OF COURT** is directed to:

- remove the PRO BONO case flag.

- Instruct the Finance Department to return the $15,000 that will be returned by Ms. Vieira to the AAF Fund.
- Send a copy of this order to (1) the Finance Department, (2) the Attorney Admission Fund chairpersons, and (3) the Pro Bono Liaison.

DATED: October 21, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE