ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
*Attorney for Plaintiff DeAngelo Lamont Mitchell*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANGELO LAMONT MITCHELL, <br><br> Plaintiff, <br><br> vs. <br><br> HIGH DESERT STATE PRISON, et. al., <br><br> Defendant. | Case No.: 2:22-CV-00236-GMN-DJA |

**SUBSTITUTION OF ATTORNEY**

DEANGELO LAMONT MITCHELL, Plaintiff, hereby substitutes ANTHONY P. SGRO, ESQ., SGRO & ROGER ATTORNEYS AT LAW, Address: 2901 El Camino Avenue, Suite 204, Las Vegas, NV 89102; Telephone: (702) 384-9800; as attorney of record in place and stead of ANDREA L. VIEIRA, ESQ., THE VIEIRA FIRM.

Dated this 10 day of OCTOBER, 2024.

_____
PLAINTIFF

I consent to the above substitution;

Dated this 18th day of October, 2024.

_____
ANDREA L. VIEIRA

////

Substitution of Attorney - 1

I am duly admitted to practice in this district. Above substitution accepted.

Dated this 18th day of October, 2024.        /s/ Anthony P. Sgro
                                              ANTHONY P. SGRO, ESQ.

Please Check one box:   X   RETAINED   ☐   APPOINTED BY COURT

**APPROVED:**

DATED: 10/21/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Substitution of Attorney - 2