1  AARON D. FORD
   Attorney General
2  JAMIE S. HENDRICKSON, Bar No. 12770
   Senior Deputy Attorney General
3  State of Nevada
   1 State of Nevada Way, Suite 100
4  Las Vegas, Nevada 89119
   Tel: (702) 486-3326
5  E-mail:  jhendrickson@ag.nv.gov

6  *Attorneys for Defendants,*
*Jeremy Bean, Jaymie Cabrera,*
7  *Charles Daniels, James Dzurenda,*
*Bob Faulkner, Ben Gutierrez, John Keast*
8  *Dana Marks, Michael Minev,*
*Ronald Oliver, Nonilon Peret,*
9  *Ashley Randolph, and David Rivas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEANGELO LAMONT MITCHELL,<br><br>            Plaintiff,<br><br>v.<br><br>OLIVER, et al.<br><br>            Defendants. | Case No.  2:22-cv-00236-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF NO. 166]** |

Plaintiff DeAngelo Lamont Mitchell and Defendants, by and through their respective counsel of record, hereby stipulate and agree that the time to file a Response to Plaintiff's First Amended Complaint [ECF No. 166] should be extended.

Plaintiff filed his First Amended Complaint on April 22, 2025, asserting new claims against existing defendants and adding new parties and five new causes of action. For convenience, the Parties seek to set one date for all parties to provide a responsive pleading, rather than having multiple deadlines for different parties. The Parties respectfully request that this Court approve the new deadline of **May 23, 2025,** for all Defendants to respond to Plaintiff's First Amended Complaint.

///

///

1

1  IT IS SO STIPULATED.

2  DATED: May 13, 2025.                          DATED: May 13, 2025.

3  SGRO & ROGER                                  AARON D. FORD, Attorney General

4  /s/ Elaine Odeh                             /s/ Jamie S. Hendrickson
   Anthony P. Sgro, Esq. (Bar No. 3811)          Jamie S. Hendrickson
5  Jayme N. Martinez, Esq.                       (Bar No. 12770)
   (Bar No. 15802)                               Senior Deputy Attorney General
6  Elaine Odeh, Esq. (Bar No. 14099)             1 State of Nevada Way, Suite 1000
7  2901 El Camino Avenue, Suite 204              Las Vegas, Nevada 89119
   Las Vegas, Nevada 89102                       (702) 486-3326
8  *Attorneys for Plaintiff*                     jhendrickson@ag.nv.gov
                                                 *Attorneys for Defendants*

13                                               **IT IS SO ORDERED.**

15                                               _____
                                                 **U.S. MAGISTRATE JUDGE**

17                                               **DATED:** 5/14/2025

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this May 13, 2025, I electronically filed the foregoing, **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF NO. 166]**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

ANTHONY P. SGRO, ESQ.
ELAINE ODEH, ESQ.
Sgro & Roger
2901 El Camino Avenue, Suite 204
Las Vegas, NV 89102
Phone: (702) 384-9800
Fax: (702) 665-4120
*Attorneys for Plaintiff*

/s/ *Trisha Taylor*
Trisha A. Taylor, an employee of the
Office of the Nevada Attorney General