**ANTHONY P. SGRO, ESQ.**
Nevada Bar No. 3811
**JAYME N. MARTINEZ, ESQ.**
Nevada Bar No. 15802
**ELAINE ODEH, ESQ.**
Nevada Bar No. 14099
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
jmartinez@sgroandroger.com
eodeh@sgroandroger.com
*Attorneys for Plaintiff DeAngelo Lamont Mitchell*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEANGELO LAMONT MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>Defendants. | Case No. 2:22-CV-00236-GMN-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY (EIGHTH REQUEST)** |

The parties hereto through their undersigned counsel hereby respectfully submit the following Stipulation to Extend Discovery Deadlines. This is the eighth request to extend discovery in this matter, but the second request since the Court granted Plaintiff's Motion for Leave to Amend Complaint on April 16, 2025.

**I.   DISCOVERY COMPLETED**

Counsel met telephonically for an FRCP 26(f) conference on August 23, 2022.

Plaintiff served disclosures pursuant to FRCP 26, as follows:

1. Initial Disclosures: September 5, 2022.

2. Plaintiff's Expert witness designation: January 19, 2024.

3. First Supplement: February 13, 2025.

4. Second Supplement: April 18, 2025.

Defendant served disclosures pursuant to FRCP 26, as follows:

1. Initial Disclosures: August 26, 2022.
2. First Supplement: October 19, 2022.
3. Second Supplement: November 21, 2022.
4. Third Supplement: December 2, 2022.
5. Fourth Supplement: March 2023.
6. Fifth Supplement: March 22, 2023.
7. Sixth Supplement: April 25, 2023.
8. Seventh Supplement: June 1, 2023.
9. Eighth Supplement: June 21, 2023.
10. Ninth Supplement: July 14, 2023.
11. Tenth Supplement: August 22, 2023.
12. Eleventh Supplement: September 11, 2023.
13. Twelfth Supplement: January 16, 2025.
14. Thirteenth Supplement: March 17, 2025.

Plaintiff served Interrogatories, Requests for Admission, and Requests for Production to Defendants Gutierrez, Daniels, Bean, Minev, Peret, and Oliver on February 6, 2023. Defendants served their responses on March 9, 2023.

Plaintiff served a second set of Interrogatories and Requests for Production to Defendants Daniels, Bean, and Oliver on February 11, 2025. Defendants served their responses on March 17, 2025.

Plaintiff served a third set of Requests for Production on July 11, 2025.

Defendants served Interrogatories and Requests for Production to Plaintiff on February 20, 2025. Plaintiff served his response on April 4, 2025.

Counsel met and conferred regarding discovery disputes on April 2, 2025.

/ / /

**II. DISCOVERY THAT REMAINS TO BE COMPLETED**

1. Written Discovery to newly added defendants
2. Supplemental written discovery to existing defendants regarding new claims
3. Depositions of Parties, including newly added defendants
4. Depositions of NDOC's FRCP 30(b)(6) witnesses
5. Depositions of percipient witnesses
6. Deposition of treating providers
7. Expert designations, reports, and depositions
8. Subpoenas to third parties for records and information

**III. REASONS THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN**

This is a complex 42 U.S.C. § 1983 case where Plaintiff is alleging deliberate indifference to his serious medical needs. On January 31, 2025, Plaintiff filed a Motion for Leave to Amend Complaint to add new defendants, state law claims, and additional factual allegations based on ongoing constitutional violations.[1] On April 15, 2025, this Court granted Plaintiff's Motion for Leave to Amend Complaint.[2]

The Amended Complaint significantly expands the scope of this litigation by:

1. Adding new defendants who were identified through discovery and investigation;
2. Including state law claims under Nevada law, following the Nevada Supreme Court's decision in *Mack v. Williams*;
3. Incorporating additional factual allegations regarding ongoing constitutional violations that have occurred since the filing of the original complaint; and
4. Detailing further instances of retaliation and medical neglect by Defendants.

---

[1] ECF No. 154

[2] ECF No. 159

1    These newly added defendants must be served with the Amended Complaint and given
2 time to respond. Under Federal Rule of Civil Procedure 4(m), Plaintiff has 90 days to serve the
3 new defendants.[3] After service, these defendants will have 21 days to file an answer or responsive
4 pleading.[4] This timeline alone extends beyond the current discovery cut-off date of June 13,
5 2025.
6    Additionally, as noted in the parties' fifth stipulation to extend discovery (filed on January
7 15, 2025[5], and granted on January 17, 2025[6]), Plaintiff has a complex and extensive medical
8 history and is still undergoing medical evaluation and surgeries. Upon information and belief,
9 Plaintiff's most recent surgery took place on September 9, 2024. Plaintiff is expected to return to
10 the surgeon in August 2025 to determine if further surgery will be performed. At this time, it is
11 unknown what additional medical treatment Plaintiff will require. Such further treatment or lack
12 of treatment will require further discovery to take place.
13    This matter was previously under a temporary restraining order and preliminary
14 injunction.[7] It moved to the litigation track on September 13, 2023, with the parties ordered to
15 attend a settlement conference in November 2023.[8] To save time and money, the parties delayed
16 discovery until the conference. After being rescheduled several times, the settlement conference
17 took place on February 14, 2024, but the case did not resolve.

---

[3] FRCP 4(m)

[4] FRCP 12(a)(1)

[5] ECF No. 152

[6] ECF No. 153

[7] ECF No. 76

[8] ECF No. 98

On October 18, 2024, the law firm of Sgro & Roger filed a substitution of attorney on behalf of Plaintiff.[9] On December 6, 2024, a Change of Deputy Attorney General was filed on behalf of Defendants.[10] Both counsels are still in the process of reviewing records and discovery.

The current discovery deadline of October 15, 2025, does not provide sufficient time to complete the additional discovery necessitated by the Amended Complaint, particularly given that Plaintiff is still undergoing treatment related to this case.

The parties offer the following explanation supporting this stipulation, which is being filed fewer than 21 days before the next expert disclosure deadline. Plaintiff continues to undergo medical treatment, and additional medical records and related discovery regarding Plaintiff's ongoing condition are anticipated. Moreover, Plaintiff's counsel is in the process of retaining an appropriate expert witness and securing necessary records and opinion. These circumstances are causing unavoidable delay despite counsel's diligence. The parties submit that these factors constitute good cause for this short extension and that the need fore additional time count not reasonably have been foreseen or addressed earlier.

### IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

The parties jointly propose the following discovery plan, which allows approximately 120 days beyond the current deadlines to complete discovery:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Discovery Cut-Off | October 15, 2025 | February 12, 2026 |
| FRCP 26(a)(2) Expert Disclosures: Initial disclosure | August 15, 2025 | December 15, 2025 |
| FRCP 26(a)(2) Expert Disclosures: Rebuttal disclosure | September 15, 2025 | January 13, 2026 |
| Dispositive Motions | November 14, 2025 | March 16, 2026 |
| Joint Pre-Trial Order | December 15, 2025 | April 14, 2026 |

---

[9] ECF No. 145

[10] ECF No. 150

In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty days after the decision on the dispositive motions or by further order of the court. The parties anticipate that, pending any unforeseen circumstances outside the parties' control, the above extension of the current discovery deadlines should allow the parties to conduct and complete the outstanding discovery.

This sixth request for an extension of the current discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED: July 31, 2025.                                             DATED: July 31, 2025.

**SGRO & ROGER**                                               **STATE OF NEVADA**
                                                                                **OFFICE OF THE ATTORNEY GENERAL**

By: /s/ Elaine Odeh
    ANTHONY P. SGRO, ESQ.                             By: /s/ Jamie S. Hendrickson
    Nevada Bar No. 3811                                       AARON D. FORD
    JAYME N. MARTINEZ, ESQ.                         Attorney General
    Nevada Bar No. 15802                                     JAMIE S. HENDRICKSON, ESQ.
    ELAINE ODEH, ESQ.                                       Senior Deputy Attorney General
    Nevada Bar No. 14099                                     *Attorneys for Defendants*
    2901 El Camino Avenue, Suite 204
    Las Vegas, Nevada 89102
    *Attorneys for Plaintiff*
    *DeAngelo Lamont Mitchell*

## ORDER

**IT IS SO ORDERED.**

| Event | Current Date | Proposed Date |
|---|---|---|
| Discovery Cut-Off | October 15, 2025 | February 12, 2026 |
| FRCP 26(a)(2) Expert Disclosures: Initial disclosure | August 15, 2025 | December 15, 2025 |
| FRCP 26(a)(2) Expert Disclosures: Rebuttal disclosure | September 15, 2025 | January 13, 2026 |
| Dispositive Motions | November 14, 2025 | March 16, 2026 |
| Joint Pre-Trial Order | December 15, 2025 | April 14, 2026 |

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 8/1/2025