AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants, Jeremy Bean,
Jaymie Cabrera,  Charles Daniels,
James Dzurenda, Bob Faulkner,
Ben Gutierrez, John Keast, Dana Marks,
Michael Minev, Ronald Oliver,
Nonilon Peret, Asheley Randolph,
David Rivas, and Lisa Barnum*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| DEANGELO LAMONT MITCHELL, | Case No. 2:22-cv-00236-GMN-DJA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS** |
| RONALD OLIVER, *et al.*, | **[FIRST REQUEST]** |
| Defendants. | |

Defendants Jeremy Bean, Jaymie Cabrera, Charles Daniels, James Dzurenda, Bob Faulkner, Ben Gutierrez, John Keast, Dana Marks, Michael Minev, Ronald Oliver, Nonilon Peret, Ashley Randolph, David Rivas, and Lisa Barnum, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Deangelo Lamont Mitchell, by and through counsel,  Elaine Odeh, ESQ., Sgro & Roger, hereby submit their stipulation and agreement for Defendants to have an extension to file their reply in support of their motion to dismiss.

LR 26-3 requires that the extension of any date set by the discovery plan, scheduling order, or other order must—as well as satisfying the requirements of LR IA 6-1 to explain the reasons an extension is needed—demonstrate good cause for the extension.

Good cause to extend the deadline to file a proposed joint pretrial order exists. On or around February 11, 2026, Jamie Hendrickson left the Office of the Attorney General, and this case was given to undersigned counsel to handle moving forward. As such, undersigned counsel, Victoria C. Corey, needs time to review the file in order to file an appropriate reply in support of Defendants' motion to dismiss. Additionally, Victoria C. Corey has assumed responsibility for countless cases from former DAGs that have recently left the division within the last six weeks. Undersigned counsel is working diligently to get up to speed on all of these new cases, including this one, in order to zealously represent her clients in these matters.

Therefore, the parties agree and stipulate that good cause exists to allow Defendants an additional seven (7) days to file their reply in support of their motion to dismiss, with the new deadline of **March 3, 2026**.

DATED this 24th day of February, 2026 and respectfully submitted by:
AARON D. FORD
Attorney General

 /s/ *Victoria C. Corey*
VICTORIA C. COREY (Bar No. 16364)

*Attorneys for Defendant*

DATED this 24th day of February, 2026 and approved as to form and content by:

 */s/ Elaine Odeh*
ANTHONY P. SGRO, ESQ.
ELAINE ODEH, ESQ.
Sgro & Roger

*Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

DATED: _____February 24, 2026_____

_____
UNITED STATES DISTRICT JUDGE

Page **2** of **2**